UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

L T TUCKER,

        Plaintiff,                     Case No. 1:18-cv-181

v.                                     Honorable Paul L. Maloney

KALEB M. HARRINGTON,

        Defendant.

_____/

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:   May 1, 2018                          /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge